**Opinion issued September 25, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00800-CR

———————————

## IN RE BLAISE ALLEN JOHNSON, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Blaise Allen Johnson, has filed a second petition for writ of mandamus, seeking to have the trial court appoint and pay for expert witnesses and grant his motion to suppress.[1]

---

[1]   The underlying case is *The State of Texas v. Blaise Allen Johnson*, cause number 1529282, pending in the 174th District Court of Harris County, Texas, the Honorable Hazel B. Jones presiding.

We **deny** relator's petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Caughey.

Do not publish.  *See* TEX. R. APP. P. 47.2(b).